■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SONNIE BONOM, Appellant. — Appeal by defendant from a judgment of the County Court, Nassau County (Delin, J.), rendered April 8, 1983, convicting her of burglary in the first degree, upon a jury verdict, and sentencing her to a term of imprisonment of 5 to 15 years. Judgment modified, as a matter of discretion in the interest of justice, by reducing the sentence imposed to a term of imprisonment of three to nine years. As so modified, judgment affirmed. Upon reviewing the facts of this case, we determine that the sentence imposed was

excessive to the extent indicated herein. We have considered defendant's other contentions and find them to be without merit. Mangano, J. P., O'Connor, Brown and Boyers, JJ., concur.